MICHAEL COSENTINO SBN 83253
ATTORNEY AT LAW
PO BOX 129
ALAMEDA, CA 94501
Telephone: (510) 523-4702

COUNSEL FOR THE UNITED STATES
OF AMERICA, PLAINTIFF

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Mike D. Rios aka Michael David Rios ) <br> aka Mike Rios, ) <br> Defendant, ) <br> ) <br> and ) <br> ) <br> Rainbow Cab, ) <br> ) <br> Garnishee. ) <br> _____ ) | Case No. CV12-2429 SLM <br><br> **WRIT OF CONTINUING GARNISHMENT** |

TO: Payroll Department
    Rainbow Cab
    946 Lincoln Ave.
    San Jose, CA 95126

YOU ARE HEREBY COMMANDED TO GARNISH FOR THE BENEFIT OF THE UNITED STATES OF AMERICA THE WAGES, SALARY, OR COMMISSION IN YOUR CUSTODY, CONTROL, OR POSSESSION IN WHICH THE DEFENDANT-JUDGMENT DEBTOR HAS AN OWNERSHIP INTEREST.

The name and last known address of the person who is the defendant-judgment debtor (hereinafter "debtor") in this action and whose property is subject to

this Writ are as follows:

> Mike D. Rios aka Michael David Rios aka Mike Rios
> 2657 Skylark Drive
> San Jose, CA 95125

This Writ has been issued at the request of the United States of America to enforce the collection of a civil judgment entered in favor of the United States against the debtor for a defaulted student loan in the amount of $14,926.90. There is a balance of $14,971.45 due on the judgment, which amount includes costs and interest computed through 12/07/12.

The following are the steps that you must take to comply with this Writ. If you have any questions, you should consult with your attorney.

1. Pursuant to 28 U.S.C. § 3205(c)(2)(F), if you have in your custody, control, or possession any property of the debtor, including wages, salary, or commissions, in which the debtor has a substantial nonexempt interest, or if you obtain custody, control, or possession of such property while this Writ is in effect, you must immediately withhold such property from the debtor and retain it in your possession until you receive instructions from the Court which will tell you what to do with the property. The United States has requested that the sum of 25% of the debtor's disposable earnings, which under California law represents the nonexempt portion of the debtor's earnings, be withheld from the defendant's earnings.

2. Pursuant to 28 U.S.C. § 3205(c)(2)(E), you are required to answer this Writ within 10 days after service of this Writ upon you. You must answer the Writ even if you do not have in your custody, control, or possession any property of the debtor. Pursuant to 28 U.S.C. § 3205(c)(4), your answer must state, under oath, the following information:

   a. Whether or not you have in your custody, control, or possession, any property owned by the debtor in which the debtor has a substantial nonexempt interest, including nonexempt, disposable earnings;

1      b.    a description of such property and the value of such property;

2      c.    a description of any previous garnishments to which such property is

3             subject and the extent to which any remaining property is not exempt;

4             and

5      d.    the amount of the funds you anticipate owing to the debtor in the future

6             and whether the period for payment will be weekly or another specified

7             period.

8  For your convenience, a form which addresses the above-requested information is

9  attached and may be used to Answer the Writ.

10      3. After you complete the answer under oath, pursuant to 28 U.S.C. §

11  3205(c)(2)(E) & (c)(4), within ten (10) days after service of this Writ upon you, you

12  must mail or deliver the original Answer bearing the original signature of the person

13  preparing the answer to the Court at the following address:

14          Clerk, United States District Court
        450 Golden Gate Avenue, 16th Floor
15         P. O. Box 36060
        San Francisco, CA 94102

16

17  At the same time that you mail or deliver the original answer to the Court, you must

18  also mail or deliver a copy of the original Answer to both the debtor and attorney for

19  the United States at the following respective addresses:

20          Mike D. Rios aka Michael David Rios aka Mike Rios
        2657 Skylark Drive
21         San Jose, CA 95125

22          Michael Cosentino, Attorney at Law
        P.O. Box 129
23         Alameda, CA 94501

24  Please note that the attached form Answer contains a certificate of service which

25  needs to be completed by the person mailing the copies of the answer to the debtor

26  and the attorney for the United States, and which needs to be filed along with the

27  Answer.

28

Writ of Continuing Garnishment cand CV12-2429 SLM         3

1      IF YOU FAIL TO ANSWER THIS WRIT OR FAIL TO WITHHOLD PROPERTY
2 IN ACCORDANCE WITH THIS WRIT, THE UNITED STATES MAY PETITION THE
3 COURT FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT TO
4 ANSWER THE WRIT AND TO WITHHOLD PROPERTY IN ACCORDANCE WITH
5 THE WRIT BEFORE THE APPEARANCE DATE. IF YOU FAIL TO APPEAR OR DO
6 APPEAR AND FAIL TO SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY
7 WITH THIS WRIT, THE COURT WILL ENTER A JUDGMENT AGAINST YOU FOR
8 THE VALUE OF THE DEBTOR'S NONEXEMPT INTEREST IN SUCH PROPERTY
9 (INCLUDING NONEXEMPT DISPOSABLE EARNINGS). THE COURT MAY ALSO
10 AWARD A REASONABLE ATTORNEY'S FEE TO THE UNITED STATES AND
11 AGAINST YOU IF THE WRIT IS NOT ANSWERED WITHIN THE TIME SPECIFIED
12 HEREIN AND IF THE UNITED STATES FILES A PETITION REQUIRING YOU TO
13 APPEAR.

14
15 RICHARD W. WIEKING, Clerk
   United States District Court
   for the Northern District of California
16

17 Dated: 1-3-13            By: _____
                                           Deputy Clerk
18                                                         GLORIA ACEVEDO

19
20
21
22
23
24
25
26
27
28

DO NOT WITHHOLD THE EXEMPT PORTION OF THE EMPLOYEE'S EARNINGS

1. Earnings include any money (whether called wages, salary, commissions, bonuses, or anything else) paid for personal services, pension, or retirement. Vacation or sick pay is earnings subject to withholding as it is *received* by the employee.

2. Disposable earnings are different from gross pay or take-home pay. They are the earnings left after deducting the part which state or federal law requires an employer to withhold as mandatory deductions. Generally, these mandatory deductions are federal income tax, social security (FICA) tax, state income tax, state disability insurance, and payments to public employee retirement systems. Disposable earnings can change from pay period to pay period, whenever gross pay or required deductions change.

To determine earnings that[1] are eligible for withholding, and therefore must be withheld, see the chart below.

USE THE CHART BELOW TO DETERMINE NONEXEMPT DISPOSABLE EARNINGS AND THE APPLICABLE WITHHOLDING AMOUNT[1]:

| Pay Period: | Weekly or oftener | Every 2 weeks | Twice a month | Once a month |
|---|---|---|---|---|
| **Disposable earnings:** | $ 0 to $217.50 | $ 0 to $435.00 | $ 0 to $471.25 | $ 0 to $942.50 |
| **Withhold:** | Nothing (entire earnings are exempt) | | | |
| **Disposable earnings:** | $217.51 to $290.00 | $435.01 to $580.00 | $471.26 to $628.33 | $942.51 to $1,256.67 |
| **Withhold:** | Amt. over $217.50 | Amt. over $435.00 | Amt. over $471.25 | Amt. over $942.50 |
| **Disposable earnings:** | $290.01 or more | $580.01 or more | $628.34 or more | $1,256.68 or more |
| **Withhold:** | 25% of disposable earnings (balance is exempt) | | | |

[1] Based on the Federal Minimum Wage Earnings of $7.25 an hour, effective 07/24/2009

Writ of Continuing Garnishment cand CV12-2429 SLM